**A. C. BROWN, alias CHUNK BROWN, v. STATE OF FLORIDA.**

10 So. (2nd) 131                                              Division B
October 16, 1942          Rehearing Denied November 13, 1942

Thos. D. Beasley, for appellant.

J. Tom Watson, Attorney General, Millard B. Conklin and Woodrow M. Melvin, Assistant Attorneys General, for appellee.

PER CURIAM:

In its factual aspect, this case is very similar to John Nowling v. State of Florida, decided this date. The same principals of law govern so the judgment appealed from is reversed for one or all the reasons stated in the latter case.

Reversed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.